UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          CASE NO. 6:03-cr-065-Orl-19JGG

JOHN C. PATTERSON,

    Defendant.

## ORDER

This case is before the Court on the following motions:

**MOTION:**   Defendant's Motion for Recusal (Doc. No. 505, filed February 11, 2008); and

**MOTION**:   Defendant's Motion to Correct the Record (Doc No. 505, filed February 11, 2008).

Defendant has failed to offer a sufficient basis warranting recusal. Contrary to Defendant's contentions, no secret, off-the-record proceedings, such as a bench trial, were held in this case. The docket sheet and record accurately reflect that Defendant entered a guilty plea on June 24, 2003, *see* Doc. No. 324, and was sentenced on October 6, 2003. (Doc. No. 325.) Defendant appealed, and the Eleventh Circuit Court of Appeals dismissed the appeal based on the appeal-waiver provision contained in the plea agreement. *See* Doc. No. 371.

Defendant filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct an illegal sentence wherein he attacked the voluntariness of his plea. *See* Civil Case No. 6:06-cv-582-

Orl-19JGG, Doc. No. 1. Defendant's section 2255 motion was denied with prejudice on January 9, 2007. *Id.* at Doc. No. 9. Defendant did not assert that a "secret" bench trial was conducted at any time during his direct appeal or his section 2255 proceedings. In sum, Defendant's contentions are meritless.

Accordingly, it is **ORDERED**:

1. Defendant's Motion for Recusal (Doc. No. 505) is **DENIED**.

2. Defendant's Motion to Correct the Record (Doc No. 505) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this __14th___ day of February, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 2/14
John C. Patterson
Counsel of Record